IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY McCARREL and BRIAN McCARREL, | 2:07-cv-02267-GEB-DAD |
| Plaintiffs, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| STRYKER CORPORATION, | |
| Defendant. | |

On January 30, 2008, a Notice of Settlement was filed in this action. Therefore, a dispositional document shall be filed no later than February 19, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for March 17, 2008, at 9:00 a.m., will remain on calendar in the event that no dispositional document is filed, or if this action is not otherwise dismissed.

1

1 | Further, a joint status report shall be filed fourteen days prior to
2 | the status conference.¹
3 |        IT IS SO ORDERED.
4 | Dated:  February 5, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

25 | ¹    The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).